UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CAROLE KEETON STRAYHORN, § | |
| KIMBLE D. ROSS, DAVID MAYES § | |
| MIDDLETON II, AND BARBARA § | |
| RUUD, § | |
|     Plaintiffs § | |
| § | |
| V. § | CASE NO. A-06-CA-205-SS LY |
| § | |
| ROGER WILLIAMS, TEXAS § | |
| SECRETARY OF STATE, § | |
|     Defendant § | |

## MOTION FOR PRE-TRIAL CONFERENCE

Plaintiffs hereby file this motion to set a pre-trial conference and would show the Court as follows:

1. In 1983, "Congress amended Rule 16 to provide that '[i]n any action, the court may in its discretion direct the attorneys for the parties and any unrepresented parties to appear before it for a conference or conferences before trial for such purposes as . . . facilitating the settlement of the case.'" *In re Novak*, 932 F.2d 1397, 1404 (11th Cir. 1991) (quoting FED. R. CIV. P. 16(a)).

2. The parties are currently considering a settlement proposal and Plaintiffs believe that a settlement conference with the Court would be conducive to the potential settlement of this matter.



1

3. Accordingly, Plaintiffs respectfully request the Court to set a pre-trial conference in this matter for the purpose of facilitating the settlement of this cause.

Respectfully submitted,

RAY, WOOD & BONILLA, L.L.P.

By: _____
Randall B. Wood
State Bar No. 21905000
Doug W. Ray
State Bar No. 16599200

2700 Bee Caves Road #200
Austin, Texas 78746
(512) 328-8877 (Telephone)
(512) 328-1156 (Telecopier)

MINTON, BURTON, FOSTER &
  COLLINS, P.C.
Roy Q. Minton
State Bar No. 14186000
1100 Guadalupe Street
Austin, Texas 78701
(512) 476-4873 (Telephone)
(512) 479-8315 (Telecopier)

**ATTORNEYS FOR PLAINTIFF
CAROLE KEETON STRAYHORN**

## CERTIFICATE OF CONFERENCE

I certify that Plaintiffs' counsel has conferred with counsel for the Defendant and that Defendant is unopposed to this Motion.

_____
Doug W. Ray

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiffs' Motion for Pre-Trial Conference has been sent via certified mail, return receipt requested, to the following:

> Mr. Edward D. Burbach
> Deputy Attorney General for Litigation
> Office of the Texas Attorney General
> Attorney General's Office
> 300 West 15th Street; 11th Floor
> Austin, Texas 78701
> **Attorneys for Defendant Roger Williams,**
> **Texas Secretary of State**

on this the 21st day of April, 2006.

_____
Doug W. Ray

F:\clients\01267\MtnPTConf

3