IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLE KEETON STRAYHORN, | § | |
| KIMBLE D. ROSS, DAVID MAYES | § | |
| MIDDLETON II, AND | § | |
| BARBARA RUUD, | § | |
| PLAINTIFFS, | § | |
| | § | |
| V. | § | CAUSE NO. A-06-CA-205-LY |
| | § | |
| ROGER WILLIAMS, TEXAS | § | |
| SECRETARY OF STATE, | § | |
| DEFENDANT. | § | |

### ORDER

Before the Court in the above-styled and numbered cause of action is Plaintiffs' Motion For Pretrial Conference (Clerk's Document No. 10).

**IT IS HEREBY ORDERED** that the motion is granted and the above styled and numbered cause is set for Pretrial Conference in the Chambers of United States District Judge Lee Yeakel, Second Floor of the United States Courthouse, 200 West 8th Street, Austin, Texas, on **Wednesday, April 26, 2006, at 9:00 a.m.**

SIGNED this 24th day of April, 2006.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE